ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)    PAGE 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

WILLIE GILBERT
Plaintiff

v.    CASE NO. 4:21-cv-00081

MISSISSIPPI DEPARTMENT OF CORRECTION, et al.,
TIMOTHY MORRIS, MELVIN HILSON,
Defendant

PRISONER'S COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT

1. The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

   A. Legal name: Willie Gilbert
   B. Name under which sentenced: Willie Gilbert
   C. Inmate identification number: #89272
   D. Plaintiff's mailing address (street or post office box number, city, state, ZIP): Unit-30-C Parchman, MS
   E. Place of confinement: 38738

2. Plaintiff names the following person(s) as the Defendant(s) in this civil action:

   Name: Timothy Morris
   Title (Superintendent, Sheriff, etc.): Superintendent
   Defendant's mailing address (street or post office box number, city, state, ZIP): P.O. Box 1059 Parchman MS 38738

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)   PAGE 2

Name: Melvin Hilson
Title (Superintendent, Sheriff, etc.): Deputy Warden
Defendant's mailing address (street or post office box number, city, state, ZIP): unit-30 Parchman, MS, 38738

Name:
Title (Superintendent, Sheriff, etc.):
Defendant's mailing address (street or post office box number, city, state, ZIP):

Name:
Title (Superintendent, Sheriff, etc.):
Defendant's mailing address (street or post office box number, city, state, ZIP):

(If additional Defendants are named, provide on separate sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2).

3. Have you commenced other lawsuits in any other court, state or federal, dealing with or pertaining to the same facts that you allege in this lawsuit or otherwise relating to your imprisonment? ☐ Yes ☑ No

4. If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper; clearly label each additional sheet as being a continuation of Question 4.

   A. Parties to the lawsuit:

      Plaintiff(s):
      Defendant(s):

   B. Court:     C. Docket No.:
   D. Judge's Name:     E. Date suit filed:
   F. Date decided:     G. Result (affirmed, reversed, etc.):

5. Is there a prisoner grievance procedure or system in the place of your confinement? ☑ Yes ☐ No

6. If "Yes," did you present to the grievance system the same facts and issues you allege in this complaint? (See question 9, below). ☑ Yes ☐ No

7. If you checked "Yes" in Question 6, answer the following questions:

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                                    PAGE 3

A. Does the grievance system place a limit on the time within which a grievance must be presented?  ☑ Yes  ☐ No

B. If you answered "Yes," did you file or present your grievance within the time limit allowed?  ☑ Yes  ☐ No

C. The court must find that you exhausted the prison's grievance system and administrative remedies before it can consider this Complaint. State everything you did to present your grievance(s). Be specific. Include the date(s) on which you filed or presented your grievances to prison officers; identify the officer(s). State your claim(s) exactly.

(See Exhibit- 1, 2, 3, and 4.)

D. State specifically what official response your grievance received. If the prison provides an administrative review of the decision on your grievance, state whether you applied for that review and what the result was.

(See Exhibit- 1, 2, 3 and 4)

N D MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)      PAGE 4

> **Special Note:** Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, all responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

8. If you checked "No" in Question 6, explain why you did not use the grievance procedures or system:

_____
_____
_____
_____
_____
_____

9. Write below, as briefly as possible, the facts of your case. Describe how each Defendant is involved. Write the names of all other persons involved. Include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. Attach additional pages only if necessary; label attached pages as being continuations of Question 9.

The Defendant's are being Sued in their official Capacities and Individuals Capacities, Because of the below Facts.

II.

The Plaintiff alleges that the defendant's violated his right to the free exercise of religion under both the First Amendment to the Constitution and the Religious Land use and Institutionalized Persons Act of 2000, §2etseq., by enforcing a Mississippi Department of Corrections Policy requiring male inmates to keep their hair cut shorter than a certain length.

III.

I am Practicing the Rastafarian Nazarite religion and one of our tenets of this religion is to grow our hair out until it forms dreadlocks, and I Filed this grievance to receive a religious exemption from the

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)     PAGE 5

Mississippi Department of Corrections haircut Policy, See Exhibit- 1, 2, 3, and 4, the ARP's director has the original ARP, I do not have a copy of what I wroted to start the ARP.

10. State briefly exactly what you want the court to do for you. Do not make legal arguments. Do not cite legal authority.

The Plaintiff's request for Prospective injunctive relief for a Permanent injunctive, that the defendants Permit the Plaintiff is to grow his hair according to the tenets of their religion, Grant relief for the defendants to Pay Court Costes and any other relief the Court deems is Just and Proper.

This Complaint was executed at (location): Unit-30-Cfarchman, MS. 38738

and I declare or certify or verify or state under penalty of perjury that this Complaint is true and correct.

Date: 6-21-2021     Willie Gilbert

Plaintiff's Signature