**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**WILLIE GILBERT**                                                                                                           **PLAINTIFF**

**v.**                                 **No. 4:21CV81-JMV**

**MISSISSIPPI DEPARTMENT
OF CORRECTIONS, ET AL.**                                **DEFENDANTS**

**ORDER OF DISMISSAL**

The court takes up, *sua sponte*, the dismissal of this cause. On July 26, 2021, the court entered an order requiring the plaintiff to pay the full filing fee in this case within 21 days. The court cautioned the plaintiff that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance passed on August 16, 2021. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

**SO ORDERED**, this, the 1st day of September, 2021.

                                                  /s/    Jane M. Virden
                                                 UNITED STATES MAGISTRATE JUDGE